FILED
JAN 19 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER 18-mj-3014-DGW |
| vs. ) | |
| DANDRE R. BROWN ) | Title 18, United States Code |
| ) | Section 2113(a) |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Derek S. Parker, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### BANK ROBBERY

On or about November 29, 2017, in Madison County, Illinois, within the Southern District of Illinois,

### DANDRE R. BROWN,

defendant herein, by force, violence, and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of U.S. Bank, a bank whose accounts are insured by the Federal Deposit Insurance Corporation. All in violation of Title 18, United States Code, Section 2113(a).

### AFFIDAVIT

Your affiant, Derek S. Parker, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed since July 2017, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. Your affiant also has fifteen years of prior law enforcement experience as a Task Force Officer (TFO) with the Drug Enforcement

Administration and as a municipal Police Officer for the Village of Fairmont City, Illinois. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1) On November 29, 2017 at approximately 2:46 p.m., an adult black male with a thin goatee, wearing a dark colored sunglasses, a black, puffy coat with a hood and a white t-shirt underneath, and blue jeans entered the entered U.S. Bank, located at 1520 Washington Avenue, Alton, Illinois 62002, through the main customer entrance and exit doors.

2) Upon entering the bank, the adult black male, hereinafter referred to as "robber", approached a bank teller with the initials of H.Z. who was working the fourth teller station from the west side of the room. The robber approached H.Z.'s teller station and passed her a note demanding money and reading that he was armed with a weapon. During interview H.Z. recalled the note reading, "Give me your money, I have a weapon".

3) H.Z. recalled the robber saying "…give me everything in your drawer…", but then reconsidered what she heard and then asked the robber, "Did you say give me tens?". The robber replied, "Give me everything, now, fast…". H.Z. stated that she placed all of the money from her register on the counter and the robber grabbed the money from the counter and placed the bills in his coat pockets. It was later determined that the robber took $2,910.00 in U.S. currency from the U.S. Bank.

4) The robber then left the U.S. Bank through the main customer entrance and exit

doors located on the south side of the bank. The robber was then observed running north by the bank's drive-thru stations toward Edwards Street.

5) Contemporaneous to the robber's flight from the bank, an unidentified black male, who matched the description of the bank robber, was observed by an O'Reilly's Auto Parts employee with the initials C.D. walking on the west side of the O'Reilly's Auto Parts Store located at 1620 Washington Avenue, Alton, Illinois. This location is approximately 600 feet north of the U.S. Bank location that was robbed. The west side of this business is adjacent to a wooded area and C.D. advised that he noticed this black male because it is highly unusual for a person to walk behind the business. C.D. further stated that upon the black male noticing C.D. was watching him; the unidentified black male began to run. C.D. observed the black male to get into the driver's seat of a black Chrysler 300 which was parked in the parking lot of the Walgreen's Pharmacy located at 1650 Washington Avenue, Alton, Illinois. C.D. stated that the Chrysler 300 drove north through the Walgreen's Pharmacy drive-thru at a high rate of speed at which time C.D. lost sight of the vehicle.

6) Alton Police Department Officers responding to the scene of the bank robbery arrived on scene at approximately 2:52 p.m. While walking the logical flight path of the robber from the U.S. Bank to where he was observed by the O'Reilly's employee, Alton Police Officer Conrad observed a piece of paper on the ground behind the Joseph Hoefert Law Office located at 1600 Washington Avenue, Alton, Illinois. Officer Conrad observed that the piece of paper appeared to be the bank robbery note used at the U.S. Bank robbery. This note was located in the robber's flight path approximately 200 feet north of the U.S. Bank. The text of this note read as follows:

"Give me all the money NO Die Packs (sic) I have a weapon".

Alton Police Department Detective Michael Roderfeld collected the note from Officer Conrad and preserved it for fingerprint analysis.

7) On December 21, 2017, Detective Michael Roderfeld submitted the note collected at the scene of the robbery to the FBI laboratory in Quantico, Virginia for forensic analysis.

8) On January 19, 2018, FBI SA Michael I. Lovell was contacted by FBI forensic examiner Icel M. Kuznetsova regarding her analysis of this note. Examiner Kuznetsova advised that she identified four latent fingerprints on the submitted note as well as one latent palm print. Examiner Kuznetsova further advised that the submission of these prints to the FBI's Automated Fingerprint Identification System (AFIS) resulted in the identification of DANDRE R. BROWN, FBI#: 690957MB7, as having handled this note. To verify that Examiner Kuznetsova had analyzed the appropriate note, SA Lovell asked her to read the text of the note to him and verified that the note analyzed was the note located at the scene of the U.S. Bank robbery in Alton, Illinois on November 29, 2017.

9) Following this identification, SA Lovell contacted Detective Sergeant Mike O'Neil with the Alton Police Department and advised the identity of BROWN. Sgt. O'Neil then queried Alton Police Department's in house computer system and observed that Alton P.D. had prior contact with BROWN. Sgt. O'Neil advised SA Lovell that BROWN's physical description and appearance closely matched that of the robber.

10) Subsequent to this identification by Sgt. O'Neil, SA Lovell contacted your Affiant and advised the identification of BROWN. An Illinois Department of Corrections photograph was located of BROWN and the physical description and appearance closely matched the robber.

11) On January 19, 2018, Sgt. Marcos Pulido with Alton Police Department met with victim teller H.Z. who positively identified the note located at the Joseph Hoefert Law Office as the same note passed by the bank robber.

12) As a result of the bank robbery, U.S. Bank reportedly suffered a loss of $2,910.00 in United States currency. U.S. Bank in Alton, Illinois is an institution insured by the Federal Deposit Insurance Corporation (FDIC).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DEREK S. PARKER,
Special Agent, Federal Bureau of Investigation

State of Illinois   )
                    )  SS.
County of St. Clair )

Sworn to before me and subscribed in my presence on the 19th day of January 2018, at Glen Carbon, Illinois.

DONALD G. WILKERSON
United States Magistrate Judge

DONALD S. BOYCE
United States Attorney

James G. Piper, Jr.
Assistant United States Attorney